UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACK K. STEIN,<br><br>      Plaintiff,<br><br>   v.<br><br>CLARK COUNTY, *et al.*,<br><br>      Defendants. | Case No. C02-5097FDB<br><br>ORDER PURSUANT TO ORDER OF NINTH CIRCUIT COURT OF APPEALS |

This matter is before the Court pursuant to an order from the Ninth Circuit Court of Appeals directing this Court to file a statement setting forth the reasons for denying defense counsel Thomas Cline leave to withdraw as attorney for Plaintiff, referring to this Court's Order of September 15, 2004 [Dkt. # 47].

Having reviewed the matter again, the Court is convinced that for the reasons stated in Thomas Cline's Motion To Withdraw, the motion must be granted. There is no nonfrivolous justification for further proceedings in light of the retrial of the underlying criminal case, which resulted in a conviction and a sentence of a 55-year term of imprisonment. The Court is informed that the re-trial is on appeal, and Stein is represented by other counsel.

ACCORDINGLY,

ORDER - 1

IT IS ORDERED:

1. On reconsideration, and pursuant to the Ninth Circuit's Order [Dkt. # 53] Thomas Cline's Motion for Leave To Withdraw as Attorney for Plaintiff Stein [Dkt. # 46] is GRANTED.

2. The Clerk is directed to file a copy of this Order with the Ninth Circuit Court of Appeals.

DATED this 3rd day of March 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2