# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACK STEIN

       v.

CLARK COUNTY, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C02-5097FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    Defendants' Motion to Dismiss [Dkt. #57] is **GRANTED**, and Plaintiff's complaint and causes of action are dismissed, with prejudice.


   June 18, 2007                                                       BRUCE RIFKIN
Date                                                            Clerk

                                                                          *s/CM Gonzalez*
                                                                          Deputy Clerk